IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAVEN TRAUTMAN, | ) |
| Plaintiff, | ) Case No. CV10-444-C-EJL |
| vs. | ) JUDGMENT |
| NEZ PERCE COUNTY SHERIFF'S OFFICE, | ) |
| Defendant. | ) |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **May 25, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - Page 1
11ORDERS\trautman_JDM